IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DAVID HARRELL,
        Petitioner,
    v.                                        **Judgment in a Civil Case**
D.R. STEPHENS,
        Respondent.                    Case Number: 5:10-HC-2259-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the respondent's motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that respondent's motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on March 2, 2012, with service on:
David Harrell 30912-004, Federal Correctional Institution, P.O. Box 1500, Butner, NC 27509 (via U.S. Mail)
Michael D. Bredenberg (via CM/ECF Notice of Electronic Filing)

March 2, 2012                                                    /s/ Dennis P. Iavarone
                                                                             Clerk

Raleigh, North Carolina